AO 458 (Rev. 5/85) Appearance

# United States District Court

FOR THE WESTERN  District of  PENNSYLVANIA

RAYMOND P. BIELATA,
    Plaintiff

          v.

CRIME VICTIM CENTER OF ERIE ,
COUNTY, INC. and SUSANNE POROWSKI
    Defendants

**APPEARANCE**

CASE NO.: 05-183 ERIE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Crime Victim Center of Erie County, Inc. and Susanne Porowski.

July 14, 2005
*Date*

*Signature*

Lisa Smith Presta
*Print Name*

100 State Street, Suite 700
*Address*

Erie          PA          16507-1459
*City*         *State*         *Zip Code*

(814) 870-7656
*Phone Number*

PDF created with pdfFactory trial version www.pdffactory.com