IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND P. BIELATA,<br>    Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 05-183 ERIE<br>) |
| CRIME VICTIM CENTER OF ERIE<br>COUNTY, INC. and SUSANNE POROWSKI<br>    Defendants | )<br>)<br>) |

## NOTICE TO OPT-OUT OF ARBITRATION PROGRAM

To:   Robert V. Barth, Jr. Clerk of Court

Defendants CRIME VICTIM CENTER of ERIE COUNTY, INC. and SUSANNE POROWSKI, by their attorneys, MacDonald, Illig, Jones & Britton LLP, hereby opt out of the Arbitration Program pursuant to LR 16.2.4.B of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon all other parties appearing of record by First-Class United States Mail sent on _____, 2005.

Lisa Smith Presta
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7656

Attorneys for Defendants,
Crime Victim Center of Erie County, Inc. and
Susanne Porowski

PDF created with pdfFactory trial version www.pdffactory.com