AO 458 (Rev. 5/85)  Appearance

# United States District Court

FOR THE WESTERN District of PENNSYLVANIA

RAYMOND P. BIELATA,
    Plaintiff

**APPEARANCE**

v.

CASE NO.: 05-183 ERIE

CRIME VICTIM CENTER OF ERIE,
COUNTY, INC. and SUSANNE POROWSKI
    Defendants

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Crime Victim Center of Erie County, Inc. and Susanne Porowski.

| | |
|---|---|
| July 14, 2005 | /s/ Lisa SmithPresta |
| *Date* | *Signature* |
| | Lisa Smith Presta |
| | *Print Name* |
| | 100 State Street, Suite 700 |
| | *Address* |
| | Erie     PA     16507-1459 |
| | *City*    *State*    *Zip Code* |
| | (814) 870-7656 |
| | *Phone Number* |

PDF created with pdfFactory trial version www.pdffactory.com