IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND P. BIELATA,<br>    Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 05-183 ERIE<br>) |
| CRIME VICTIM CENTER OF ERIE,<br>COUNTY, INC. and SUSANNE POROWSKI<br>    Defendants | )<br>)<br>) |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendants in the above-captioned action certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

/s/ Lisa Smith Presta
Lisa Smith Presta
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7656

Attorneys for Defendants,
Crime Victim Center of Erie County, Inc. and Susanne Porowski

---

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon all other parties appearing of record by First-Class United States Mail sent on July 14, 2005.

/s/ Lisa Smith Presta

PDF created with pdfFactory trial version www.pdffactory.com