IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND P. BIELATA,  )<br>    Plaintiff )<br>  vs.      )<br>          )<br>CRIME VICTIM CENTER OF )<br>ERIE COUNTY, INC., and  )<br>SUSANNE POROWSKI,   )<br>    Defendants ) | Civil Action No. 05 - 183 - Erie<br><br><br>Jury Trial of 12 Demanded |

**PLAINTIFF'S CORRECTIONS TO COMPLAINT**

  Raymond P. Bielata, Plaintiff, by and through his counsel, McClure & Miller LLP, submits the following typographical error corrections to his complaint against the defendants, Crime Victim Center of Erie County, Inc. and Susanne Porowski:

Paragraph 11:  The date of the termination of Plaintiff's employment was June 17, 2003, not June 16, 2003.

Paragraph 12:  The date of the termination of Plaintiff's employment was June 17, 2003, not June 16, 2003.

Paragraph 54:  Plaintiff stayed out of work until June 4, 2003, not June 4, 2005.

Paragraph 60:  Plaintiff feared to extend his leave beyond June 3, 2003, not June 3, 2005.

                   Respectfully submitted,

                   McCLURE & MILLER LLP

                   By: _____
                   Jeffrey J. Cole
                   Pa. Supreme Ct. No. 73052
                   717 State Street, Suite 701
                   Erie, PA 16501

Dated: July 12, 2005         (814) 453-3681
                   *Counsel for Plaintiff, Raymond P. Bielata*