IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND P. BIELATA,<br>    Plaintiff<br><br>    v.<br><br>CRIME VICTIM CENTER OF ERIE COUNTY,<br>INC., and SUSANNE POROWSKI<br>    Defendants | )<br>)<br>) Civil Action No. 05-183 ERIE<br>)<br>)<br>)<br>)<br>) ELECTRONICALLY FILED |

**STIPULATION FOR EXTENSION OF TIME TO**
**<u>RESPOND TO COMPLAINT</u>**

Plaintiff RAYMOND P. BIELATA, by and through his attorneys, McClure & Miller, LLP, and defendants CRIME VICTIM CENTER OF ERIE COUNTY, INC. AND SUSANNE POROWSKI, by and through their attorneys, MacDonald Illig Jones & Britton LLP, file this Stipulation for Extension of Time to Respond to Complaint pursuant to LR 7.2 of the Local Rules of United States District Court for the Western District of Pennsylvania, hereby stipulating and agreeing as follows:

1.    Plaintiff Raymond Bielata commenced this lawsuit on or about June 13, 2005 by filing a Summons and Complaint in the United States District Court for the Western District of Pennsylvania at Civil Action No. 05-183 Erie.

2.    The Complaint was forwarded to defendants Crime Victim Center of Erie County, Inc. and Susanne Porowski with a Request for Waiver of Service of Summons on or about June 24, 2005.

PDF created with pdfFactory trial version www.pdffactory.com

3.	The Waiver of Service of Summons was signed and returned to plaintiff's counsel on or about July 11, 2005.

4.	An Answer or Motion to plaintiff's Complaint is therefore due on or about August 23, 2005.

5.	Counsel for plaintiff Bielata has agreed to extend the time for the filing of defendants' Answer or Motion to the Complaint by 45 days.

6.	Pursuant to LR 7.2 of the Local Rules of the United States District Court for the Western District of Pennsylvania, counsel may file a stipulation once, without approval of court, extending the due date for the filing of an Answer or Motion for a period not exceeding 45 days from the due date.

7.	Defendants Crime Victim Center of Erie County, Inc. and Susanne Porowski will now file an Answer or Motion to plaintiff's Complaint on or before October 7, 2005, 45 days from the original due date.

Respectfully submitted,

/s/ Jeffrey J. Cole
Jeffrey J. Cole, Esq.
McClure & Miller, LLP
PA ID No.: 73052
717 State Street
Erie, Pennsylvania 16501
(814) 453-3681

Attorneys for Plaintiff,
Raymond P. Bielata

PDF created with pdfFactory trial version www.pdffactory.com

    /s/ Lisa Smith Presta
Lisa Smith Presta, Esq.
MacDONALD, ILLIG, JONES & BRITTON LLP
PA ID No.:65527
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7656
(814) 454-4647
lpresta@mijb.com

Attorneys for Defendants,
Crime Victim Center of Erie County, Inc. and
Susanne Porowski

905377

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Stipulation for Extension of Time to Respond to Complaint was served upon the following counsel and unrepresented parties, via First-Class United States Mail, this 22nd day of August, 2005:

>Jeffrey J. Cole, Esq.
>McClure & Miller, LLP
>717 State Street
>Erie, PA  16501
>
>Attorney for Plaintiff,
>Raymond P. Bielata

>_/s/ Lisa Smith Presta_____
>Lisa Smith Presta, Esq.

PDF created with pdfFactory trial version www.pdffactory.com