IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAYMOND P. BIELATA, )
    Plaintiff )
) Civil Action No. 05 - 183 (Erie)
v. )
)
CRIME VICTIM CENTER OF )
COUNTY, INC., and SUSANNE )
POROWSKI, )
    Defendants )

### AFFIDAVIT OF SUSANNE POROWSKI

COMMONWEALTH OF PENNSYLVANIA )
) ss:
COUNTY OF ERIE )

I, Susanne Porowski, being duly sworn according to law, depose and states:

1.    I am the Executive Director of the Crime Victim Center of Erie County, Inc.

2.    During the period from May of 2002 through June of 2002, the Crime Victim Center of Erie County, Inc. employed thirty (30) full and part-time employees.

3.    The Crime Victim Center of Erie County, Inc. currently employs twenty-nine (29) full and part-time employees.

4.    At no time has the Crime Victim Center of Erie County, Inc. employed fifty (50) or more full and part-time employees.

5. At no time have I personally employed any individuals.

_____
Susanne Porowski

Sworn to and subscribed before me this 7th day of October, 2005.

_____
Notary Public

**NOTARIAL SEAL**
TRACEY L. SCHMITT, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON NOV. 27, 2008