IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND P. BIELATA,<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 05-183 |
| CRIME VICTIM CENTER OF ERIE<br>COUNTY, INC. and SUSANNE<br>POROWSKI,<br>    Defendants | )<br>)<br>)<br>) | <br><br><br>ELECTRONICALLY FILED |

**JOINT REPORT OF RULE 26(f)**
**DISCOVERY/CASE MANAGEMENT PLAN**

     Plaintiff Raymond P. Bielata, by and through his attorneys, McClure & Miller LLP and Jeffrey J. Cole, and defendants Crime Victim Center of Erie County, Inc. and Susanne Porowski, by and through their attorneys, MacDonald Illig Jones & Britton LLP, file this Joint Report of Rule 26(f) Discovery/Case Management Plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure:

     1.     Rule 26(f) Conference.  The undersigned counsel for plaintiff Raymond P. Bielata (hereinafter "Bielata") and defendants Crime Victim Center of Erie County, Inc. (hereinafter "Crime Victim Center") and Susanne Porowski (hereinafter "Porowski") held a telephonic Rule 26(f) Conference on January 6, 2006.

PDF created with pdfFactory trial version www.pdffactory.com

2. <u>Initial Disclosures</u>.  The parties agreed to exchange their Initial Disclosures under Fed.R.Civ.P. 26(a) on or before January 20, 2006, within fourteen (14) days of their Rule 26(f) Conference.

3. <u>Subjects of Discovery</u>.  The parties intend to take pretrial discovery with respect to the claims by plaintiff Bielata under the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Pennsylvania Human Relations Act and the Erie County Human Relations Ordinance as well as the defenses of defendants Crime Victim Center and Porowski to those claims.  In addition, the parties intend to take pretrial discovery with respect to the common law promissory estoppel claim of plaintiff Bielata and the defenses of defendants Crime Victim Center and Porowski to that claim.

4. <u>Discovery Period</u>.  The parties request that all pretrial discovery be completed on or before May 22, 2006.

5. <u>Discovery Phases/Issues</u>.  The parties do not request that pretrial discovery be completed in phases or be limited to, or focused on, any particular issues.

6. <u>Changes to Limitations on Discovery</u>.  The parties request that the following changes be made to the limitations on pretrial discovery imposed by the Federal Rules of Civil Procedure:

- Change the limitation on the number of interrogatories set forth at Fed.R.Civ.P. 33(a) to permit each party to serve written interrogatories, not exceeding 50 in number including all discrete subparts, without further leave of court or written stipulation.

7. <u>Other Orders - Fed.R.Civ.P. 26(c)</u>.  Defendants Crime Victim Center and Porowski contemplate requesting and filing a Stipulation for Entry of Protective Order pursuant

PDF created with pdfFactory trial version www.pdffactory.com

to Fed.R.Civ.P. 26(c) in the event that any discovery requests seeks confidential employment, medical, business, proprietary or other records.

8. <u>Other Orders - Fed.R.Civ.P. 16(b)</u>. The parties request this Honorable Court to enter a Case Management Order which addresses the following subjects of Fed.R.Civ.P. 16(b):

(a) The dates by which the parties must file dispositive motions with supporting briefs and documents, responses to dispositive motions with opposing briefs and documents, and any reply briefs; and,

(b) The dates by which the parties must file pretrial narrative statements with expert reports. The parties further request that the Case Management Order suspend the due dates for pretrial narrative statements in the event dispositive motion(s) are filed and direct that pretrial narrative statements shall be filed within 45 days of disposition of any dispositive motion(s), if such motion(s) do not dispose of the entire action.

Respectfully submitted,

/s/ Jeffrey J. Cole
Jeffrey J. Cole
PA Bar ID No. 73052
McClure & Miller LLP
717 State Street, Suite 701
Erie, PA  16501
(814) 453-3681
jcole@mcclure-miller.com

Attorneys for Plaintiff,
Raymond P. Bielata

PDF created with pdfFactory trial version www.pdffactory.com

- 4 -

/s/ Lisa Smith Presta
Lisa Smith Presta
PA Bar ID No. 65527
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7656
lpresta@mijb.com

Attorneys for Defendants,
Crime Victim Center of Erie County, Inc. and Susanne Porowski

PDF created with pdfFactory trial version www.pdffactory.com