# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Raymond Bulata
_____
Plaintiff

vs.  No. CA 05-183 Erie

Crime Victim Center of
Erie County, Inc.,
_____
Defendant

**HEARING ON** Case Management Conference

Held on 02-23-06

Before Judge McLaughlin

Jeff Cole                                         Lisa Smith Presta
_____                    _____
Appear for Plaintiff                              Appear for Defendant

Hearing begun 8:59 am          Hearing adjourned to 9:08 am

Hearing concluded C.A.V. _____   Stenographer Ron Bench

                                    Clerk n/a

**WITNESSES:**

| For Plaintiff | For Defendant |
|---|---|
| DISC       6-22-06 | Π's MSJ    7-12-06 |
| Π; PTS    7-12-06 | Δ's Resp SJ  8-1-06 |
| Δ's PTS   8-1-06 | |