# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Bielata )
_____ )
Plaintiff )
)
vs. ) No. CA 05-183 E
)
Crime Victim Center, et al., )
_____ )
Defendant )

**HEARING ON** Settlement Conference

Before Judge Sean J. McLaughlin

| Jeff Cole | Lisa Smith-Presta |
|---|---|
| Appear for Plaintiff | Appear for Defendant |

Hearing begun 6-1-06 @ 8:56 am   Hearing adjourned to 12:00 pm – 12:57 pm

Hearing concluded C.A.V. 1:30 pm   Stenographer Bix Bench

**WITNESSES:** Clerk: n/a

| For Plaintiff | For Defendant |
|---|---|
| Case Settled | |
| Order to follow | |