IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND BIELTA ,<br>    Plaintiff, | )<br>)<br>) |
| Vs. | )   Civil Action No. 05-183 Erie<br>) |
| CRIME VICTIM CENTER et. al.,<br>    Defendants. | )<br>) |

**O R D E R**

AND NOW, to with, this 1st day of June, 2006, the Court having signed the consent decree in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed.  It appears no further action is required by the Court at this time.

    S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: all parties of record