IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND P. BIELATA,<br>    Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 05-183 ERIE<br>) |
| CRIME VICTIM CENTER OF ERIE COUNTY,<br>INC., and SUSANNE POROWSKI,<br>    Defendants | )<br>)<br>) ELECTRONICALLY FILED |

### STIPULATION OF DISMISSAL

Plaintiff Raymond P. Bielata, by his attorneys, McClure & Miller LLP, and defendants Crime Victim Center of Erie County, Inc. and Susanne Porowski, by and through their attorneys, MacDonald Illig Jones & Britton LLP, hereby stipulate as follows pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure:

1.  Plaintiff Raymond P. Bielata hereby dismisses, with prejudice, all claims against defendants Crime Victim Center of Erie County, Inc. and Susanne Porowski.

2.  All parties shall bear his/her/its own costs, fees and expenses.

Respectfully submitted,


 /s/ Jeffery J. Cole
Jeffery J. Cole
PA Bar ID No. 73052
McClure & Miller LLP
717 State Street, Suite 701
Erie, Pennsylvania 16501
(814) 453-3681
jcole@mcclure-miller.com

Attorneys for Plaintiff
 Raymond P. Bielata



Respectfully submit


 /s/ Lisa Smith Presta
Lisa Smith Presta
PA Bar ID No. 65527
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7656
FAX (814) 454-4647
lpresta@mijb.com@mijb.com

Attorneys for Defendants
 Crime Victom Center of Erie County, Inc. and Susanne Porowski